STATE OF NORTH CAROLINA v. CHARLES JEROME FREEMAN

No. 716SC263

(Filed 26 May 1971)

APPEAL by defendant from *Tillery, Judge,* December 1970 Criminal Session of Superior Court held in HALIFAX County.

Defendant was tried upon a bill of indictment, proper in form, charging him with felonious escape while lawfully confined in the State Prison System. The jury returned a verdict of guilty and defendant appeals from judgment imposed upon the verdict.

*Attorney General Morgan by Staff Attorney Eatman for the State.*

*Josey & Vaughan by C. Kitchin Josey for defendant appellant.*

GRAHAM, Judge.

Defendant's court appointed counsel has filed a brief in which he candidly concedes that he is unable to find prejudicial error. We have reviewed the record proper and conclude that no prejudicial error appears on the face thereof.

No error.

Judges CAMPBELL and BRITT concur.